# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **06-418M** |
| YONG JUN KANG, | ) | |
| Defendant. | ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Upon further review, the Court confirms the appointment of Paula Deustch of the Public Defenders office as counsel for the above named defendant.

Dated this 16th day of August , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**