# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) | **06-418M** |
| YONG JUN KANG, ) <br> ) <br> Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Upon further review, the Court confirms the appointment of Paula Deustch of the Public Defenders office as counsel for the above named defendant.

Dated this 16th day of August , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**